IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

STEVEN WHEELER,
    Plaintiff,

v.                                                      Case No: 3-07-0198
                                                   JUDGE HAYNES

RONNIE MORAN, Chief of Police,          MAGISTRATE JUDGE BRYANT
Officially and Individually;
REAGAN FARR, Commissioner,
Department of Revenue, Officially,
    Defendants.

## MOTION TO CLARIFY

Defendant, Reagan Farr, Commissioner of Revenue of Tennessee, in his official capacity ("the Commissioner"), through the Attorney General of Tennessee, moves for a clarification of the date and time of the rescheduled initial case management conference in this matter.

On April 9, 2007, the Court granted a "Joint Motion" of the parties in this case to continue the case management conference because of scheduling conflicts on behalf of counsel for some of the parties. (Docket Entry No. 18). In granting the Joint Motion, the Court rescheduled the conference for May 7, 2007, at 2:00 pm. On April 13, 2007, the Court denied "Plaintiff's Motion for Leave," which sought leave to attend the original case management conference by telephone. In doing so, the Court also set the conference for April 27, 2007, at 2:00 pm. (Docket Entry No. 24).

The Commissioner requests a clarification of the currently scheduled date of the initial case management conference in this matter. Counsel for the Commissioner would submit that May 7, 2007, is preferred, if possible.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

s/ Brad H. Buchanan
BRAD H. BUCHANAN (#23534)
Assistant Attorney General
Office of the Attorney General, Tax Division
P.O. Box 20207
Nashville, Tennessee, 37202
(615) 741-2968
(615) 532-2571 *fax*
*Attorneys for Defendant*
*Tennessee Department of Revenue*

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, a copy of the foregoing "Motion to Clarify" was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties or their counsel indicated on the electronic filing receipt. Parties or their counsel may access this filing through the Court's electronic filing system.

I hereby further certify that a true and exact copy of the foregoing "Motion to Dismiss" has been served upon the following counsel for the Plaintiff by U.S. Mail, postage prepaid, addressed to:

    Brian O. Bowhan, Esq.
    1132 Blue Willow Court
    Antioch, Tennessee 37013
    *Attorney for Plaintiff*

    Stephen W. Elliott
    Howell & Fischer, PLLC
    Court Square Building
    300 James Robertson Parkway
    Nashville, TN 37201-1107
    *Attorney for Defendant Ronnie Moran*

on this 17th day of April, 2007.

                                        /s Brad H. Buchanan
                                        BRAD H. BUCHANAN
                                        Assistant Attorney General