IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

STEVEN WHEELER,                    )
                                   )
    Plaintiffs,                    )
                                   )
v.                                 )    No. 3-07-0198
                                   )
RONNIE MORAN, Chief of Police,     )    JUDGE HAYNES
Officially and Individually;       )
TENNESSEE DEPARTMENT OF REVENUE,   )
                                   )
    Defendants.                    )

*[Handwritten order: ORDER / Thereupon / is DENIED / as moot / [signature] / 2-19-08]*

## MOTION FOR LEAVE

Defendant, Ronnie Moran, Chief of Police, hereby moves for leave of Court to participate via telephone in the Initial Case Management Conference on April 9, 2007 if the parties' previously filed Joint Motion to Continue is not granted. Defendant Moran's counsel has an unavoidable conflict which will require him to be in Jackson, Tennessee on April 9. While Defendant would prefer to re-set the Conference on a date in which his counsel is able to be physically present, his counsel should be available by telephone on April 9 if absolutely necessary.

/s/ Stephen W. Elliott
Stephen W. Elliott, #20062
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Counsel for Defendant Ronnie Moran