IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STEVEN WHEELER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3-07-0198 |
| ) | |
| RONNIE MORAN, Chief of Police, ) | JUDGE HAYNES |
| Officially and Individually, ) | |
| ) | |
| Defendant. ) | |

*Handwritten annotation: ORDER. The motion is denied as moot. [signature] 2-22-08*

## MOTION TO ASCERTAIN STATUS BY COMMISSIONER OF REVENUE

Reagan Farr, Commissioner of Revenue for the State of Tennessee, respectfully moves to ascertain the status of his "Motion to Strike Amended Complaint," which was filed on July 2, 2007 (Docket No. 39). Plaintiff filed this Amended Complaint *after* this Court entered an "Order of Dismissal as to Reagan Farr, Commissioner, Department of Revenue" on May 14, 2007 (Docket No. 32) and after it had denied "Plaintiff's Motion to Reconsider" on May 30, 2007 (Docket No. 36). As a result of these orders, the Commissioner believes himself to be dismissed from the case but filed the Motion to Strike Amended Complaint in order to confirm that Plaintiff's efforts to serve a new Complaint on the Commissioner were truly foreclosed by the May 14 Order of Dismissal.

Because the trial of this matter is set for March 4, 2008, out of an abundance of caution, the Commissioner seeks to ascertain the status of his Motion to Strike in order to confirm that he remains dismissed from this case as a defendant. The Commissioner therefore respectfully seeks guidance as to whether the Court expects that the Commissioner should be prepared to try this matter on March 4, 2008.