IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STEVEN WHEELER, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3-07-0198 |
| RONNIE MORAN, Chief of Police, Officially and Individually, | ) ) JUDGE HAYNES ) ) |
| Defendant. | ) |

## MOTION TO ASCERTAIN STATUS BY DEFENDANT RONNIE MORAN

Defendant Ronnie Moran respectfully moves to ascertain the status of his Motion for Summary Judgment which was filed on November 16, 2007 (Docket #46). Defendant seeks to ascertain the status since the trial date is March 4, 2008 and there are several pre-trial filings due on February 8, 2008. Defendant has raised the issue of qualified immunity in his dispositive motion, for which a right of appeal lies. Defendant respectfully seeks guidance if the case is going to forward as planned on March 4 in light of the pending Motion for Summary Judgment.

*[Handwritten notation: ORDER Based upon the final pretrial conference, this motion is moot. /s/ 2-22-08]*

/s/ Stephen W. Elliott
Stephen W. Elliott, #20062
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Counsel for Defendant Ronnie Moran