IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STEVEN WHEELER, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3-07-0198 |
| RONNIE MORAN, Chief of Police, Officially and Individually, | ) ) JUDGE HAYNES ) ) |
| Defendant. | ) |

## MOTION IN LIMINE NO. 4 BY DEFENDANT RONNIE MORAN

Defendant moves the Court in limine for an Order disallowing any evidence that he has been named as a defendant in any other civil lawsuits.

Evidence, proof, examination or otherwise that Defendant has been a named party in any other civil lawsuit is not probative of any issue relevant to this case and would be unfairly prejudicial to Defendant. Such evidence is inadmissible pursuant to Federal Rules of Evidence 402 and 403.

*[Handwritten annotation: ORDER. The motion is DENIED without prejudice to renew. The count lacks an adequate basis to evaluate the motion. /s/ [Judge signature] 2-3-2-8]*

/s/ Stephen W. Elliott
Stephen W. Elliott, #20062
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Counsel for Defendant Ronnie Moran