IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STEVEN WHEELER, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3-07-0198 |
| RONNIE MORAN, Chief of Police, Officially and Individually, | ) ) ) JUDGE HAYNES |
| Defendant. | ) ) |

MOTION IN LIMINE NO. 2 BY
DEFENDANT RONNIE MORAN

Pursuant to Federal Rule of Evidence 411, Defendant Ronnie Moran moves the Court in limine to exclude all testimony and other evidence related to whether himself or the City of Ewen, Tennessee maintains liability insurance coverage. Evidence that Chief Moran and/or the City of McEwen were or were not insured against liability is not admissible upon issues of alleged wrongful conduct.

/s/ Stephen W. Elliott
Stephen W. Elliott, #20062
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Counsel for Defendant Ronnie Moran