IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

STEVEN WHEELER, )
)
    Plaintiff, )
)
v. ) No. 3:07-cv-198
)
CHIEF RONNIE MORAN, ) JUDGE HAYNES
)
    Defendant. )

## MOTION FOR STAY OF PROCEEDINGS

Defendant Ronnie Moran respectfully moves the Court to stay all further proceedings in this matter, including the trial date, pending the resolution of his previously filed Motion for Summary Judgment (Docket 64).

Defendant Moran's Motion for Summary Judgment contends that he is entitled to dismissal of all claims against him based on the absolute defense of qualified immunity. There are two possible outcomes for Defendant Moran's Motion for Summary Judgment. First, if the Court grants qualified immunity to Defendant Moran, then there is no need for any further proceedings, including trial, in this matter. There is no municipal defendant. Second, if the Court denies qualified immunity to Defendant Moran, then the appeal of a denial of qualified immunity at summary judgment is an interlocutory appeal that the court of appeals hears as a final decision of a district court under 28 U.S.C. § 1291 pursuant to the "collateral order" doctrine. See *Forsyth v. Mitchell*, 472 U.S. 511, 525-27, 105 S. Ct. 2806, 86 L.Ed.2d 411 (1985) and *Smoak v. Hall*, 460 F.3d 768, 777 (6th Cir. 2006). Even assuming that the facts alleged by Plaintiff are true, this still presents a pure legal issue of whether those alleged facts constitute a violation of clearly established law. See *Berryman v. Rieger*, 150 F.3d 561, 563 (6th. Cir. 1998).

Therefore, Defendant Moran respectfully requests a stay of proceedings pending the outcome